THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT K. EPTING, Appellant, against WESLEY DE VOE, as Acting Sheriff of the County of Saratoga, Respondent.

Submitted April 11, 1955; decided April 14, 1955.

*Saul Balmuth* for motion.
No one opposed.

Motion granted.